■ JAMES BREEDEN, Appellant, v DOUGLAS GILSTRAP et al., Respondents.—Judgment and order unanimously affirmed, without costs, for the reasons stated at Special Term, Galloway, J. (Appeal from judgment and order of Supreme Court, Monroe County, Galloway, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Boomer, Green and Lawton, JJ.

■ MARILYN OSTERLING, Appellant, v DOUGLAS OSTERLING, Respondent. (Appeal No. 1.)—Order unanimously affirmed, without costs. See memorandum in *Osterling v Osterling* ([appeal No. 2] 126 AD2d 965 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Conway, J.—vacate prior order.) Present—Dillon, P. J., Callahan, Boomer, Green and Lawton, JJ.